UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GARFIELD G. HENRY,

                Plaintiff,

  -against-

MAHOPAC CENTRAL SCHOOL DISTRICT,

                Defendant.
------------------------------------------------------------------------X

Docket No.: 21-cv-10115 (PMH)(AEK)

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Karen Rudnicki sworn to on the 1st day of March 2022, and the accompanying Memorandum of Law in Support, the defendant, by and through its attorneys, SILVERMAN & ASSOCIATES, will move this Honorable Court **on a date and time to be decided by this Court** for an Order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the plaintiff's Complaint with prejudice for failure to state a claim and because of untimeliness and for lack of subject matter jurisdiction and, alternatively, if any of the plaintiff's causes of action are not dismissed, granting a period of thirty days following entry of the Court's Order in which to file an Answer to the plaintiff's Complaint, and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that the plaintiff's opposition, if any, is to be served and filed by April 4, 2022. The defendant's reply papers are to be served and filed by April 11, 2022.

Dated: White Plains, New York
       March 1, 2022

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

By: _____
     Karen Rudnicki
     Attorneys for Defendant
     445 Hamilton Avenue, Suite 1102
     White Plains, New York 10601
     (914) 574-4510

To:    Garfield G. Henry (via ECF, electronic mail, and First Class Mail)
       Plaintiff *Pro Se*
       P.O. Box 235
       Mohegan Lake, New York 10547
       garfieldhenry1944@icloud.com

       Garfield G. Henry
       Plaintiff *Pro Se*
       5 Baker Street
       Apt. A
       Mohegan Lake, New York 10547